**Form odc13grL**

# United States Bankruptcy Court
Eastern District of Louisiana

IN RE:

    Helen Olinde Harris                       CASE NO. 05−13072

    DEBTOR(S)                           CHAPTER 13   SECTION A

## ORDER

## Failure to Make a Payment within 30 days

The Motion to Compel Compliance Or Alternatively, Motion to Dismiss Case filed by Trustee came up for hearing on the 21st day of August, 2007;

Present at the hearing were:

Andrew Wiebelt, II, Attorney for Trustee

Mary M. Taylor, Counsel for Debtor(s)

No Objection to the Motion having been filed by Counsel for Debtor(s);

The Court having considered the merits of the Motion, the arguments of the Trustee and Counsel for Debtor(s) as well as the evidence, stipulations and representations of both;

**IT IS ORDERED,** that the Motion to Compel Compliance Or Alternatively, Motion To Dismiss Case is **GRANTED** and this case is **DISMISSED** .

**IT IS FURTHER ORDERED,** that the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

New Orleans, Louisiana, August 24, 2007.

Hon. Elizabeth W. Magner
United States Bankruptcy Judge